IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GUY SCHULTZ**                                                                                        **PLAINTIFF**

**v.**                                    **4:09CV00460-WRW**

**CHARLES WALKER AND**
**CHARLES SAWRIE, individually**                                   **DEFENDANTS**
**and d/b/a SUPERIOR MATS, LLC**

## ORDER

Pending is Plaintiff's Motion for Voluntary Dismissal of Superior Mats, LLC. (Doc. No. 10). The motion is unopposed.

Plaintiff's Motion is GRANTED. Accordingly, Separate Defendant Superior Matts, LLC is dismissed without prejudice as a party to this case.

IT IS SO ORDERED this 26th day of October, 2010.


                                                          /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE