IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GUY SCHULTZ                                                                                PLAINTIFF

v.                                      4:09CV00460-WRW

CHARLES WALKER AND
CHARLES SAWRIE, individually
and d/b/a SUPERIOR MATS, LLC                                   DEFENDANTS

### ORDER

     Pending is Plaintiff's Motion for Voluntary Dismissal of Charles Sawrie (Doc. No. 19).

Plaintiff requests a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) of Separate Defendant Charles Sawrie. Defendants do not object to the motion.

     Plaintiff's Motion for Voluntary Dismissal is GRANTED without prejudice.

Accordingly, Separate Defendant Charles Sawrie is dismissed without prejudice.

     IT IS SO ORDERED this 18th day of November 2010.


                                                            /s/Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE