**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

November 29, 2010

Mr. Roger A. Glasgow
Wright, Lindsey & Jennings - Little Rock
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699

Mr. Richard Blakely Glasgow
Wright, Lindsey & Jennings - Little Rock
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699

     Re: Defendant's second motion in limine

Dear Counsel:

How do you propose to get around *Douglas v. Adams Trucking Company, Inc*., which provides among other things, ". . . for the collateral source rule to pertain the third party payment must be wholly independent of the tortfeasor."[1]

Please advise me by 12 p.m., December 3, 2010.

                                      Cordially,

                                      /s/William R. Wilson

CC: Mr. James W. McCormack, Clerk of Court,
     Mr. Clark S. Brewster

---

[1] 345 Ark. 203, 212 (2001)