**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GUY SCHULTZ**                                                                                        **PLAINTIFF**

vs.                                                       4:09CV0460-BRW

**CHARLES WALKER**                                                                                **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial June 21, 2011, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on June 23, 2011. Now, based on that verdict,

Judgment is entered in favor of the Plaintiff, Guy Schultz, in the amount of Twenty-Nine Thousand and No/100 dollars ($29,000.00). Pursuant to an Order entered by the Court on February 28, 2011, (Doc. No. 40), the Court found that any jury award for property damages will be offset by Forty Thousand Four Hundred Fifty and No/100 Dollars ($40,450.00); so Plaintiff will take nothing by the verdict.

IT IS SO ORDERED this 29th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE